# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

## FINAL JUDGMENT

January 10, 2011

BEFORE:     MICHAEL S. KANNE, Circuit Judge
JOHN DANIEL TINDER, Circuit Judge
WILLIAM C. GRIESBACH, District Court Judge

| No.: 09-1152 | OMNICARE, INCORPORATED, Plaintiff - Appellant <br><br> v. <br><br> UNITED HEALTH GROUP, INCORPORATED, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:06-cv-06235 <br> Northern District of Illinois, Eastern Division <br> District Judge Rebecca R. Pallmeyer ||

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)